IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY FREDERICK THRASH**
**ADC #94228**                                                                                                    **PLAINTIFF**

**v.**               **Case No. 4:13-cv-00732-KGB**

**DUSTIN McDANIEL, et al.**                                                                        **DEFENDANTS**

## ORDER

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge